Case 7:23-cv-00308　Document 13　Filed on 01/10/24 in TXSD　Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ALAN HURTADO<br>Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY<br>Defendant | Civil Action NO. 7:23-CV-308 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees, costs, and expenses. The Clerk is directed to close the file.

Signed the 10th day of January, 2024.

_____
**JUDGE PRESIDING**

CAT: Hurtado vs. Allstate
ORDER OF DISMISSAL
Our File Number: 0712061968.1

PAGE 1